# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ISAIAS PITSUM,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ALEJANDRO N. MAYORKAS,<br><br>　　　　　Respondent. | CASE NO. C21-363 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus, Dkt. 1, is **DENIED as moot** and **DISMISSED without prejudice**; and

(3) This case is closed.

Dated this 17th day of May, 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1